# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3184

_____

Steven E. Uhr,                                    *
                                                  *
    Plaintiff - Appellant,                     *
                                                  *   Appeal from the United States
    v.                                         *   District Court for the
                                                  *   District of Minnesota.
Responsible Hospitality Institute, Inc.;          *
Jim Peters; Diageo North America, Inc.;           *   [UNPUBLISHED]
Gary Zizka; American Beverage                     *
Licensees, Inc.; John D. Bodnivich;               *
Distilled Spirits Council of the United           *
States, Inc.; Wine and Spirits Whole-             *
salers of America, Inc.; International            *
Downtown Association; Applebee's                   *
International, Inc.; Famous Dave's of              *
America, Inc.; Chili's of Minnesota,              *
Inc.; Luby's Fuddruckers Restaurants,             *
LLC; Prudential Financial, Inc.;                  *
Citibank, N.A.; Richard A. Yoast;                 *
James F. Mosher; Robert Bruininks;                *
National Beer Wholesalers Association;            *
Richard Lyshek; Rick Petri,                       *
                                                  *
    Defendants - Appellees,                    *
                                                  *
Jay Wanserski,                                    *
                                                  *
    Defendant.                                 *

_____

Submitted: May 15, 2012
Filed: July 17, 2012

_____

Before RILEY, Chief Judge, SMITH and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Steven E. Uhr appeals pro se from a final order entered in the United States District Court[1] for the District of Minnesota granting the 22 named defendants' motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). In his second amended complaint, Uhr alleged that the defendants engaged in a nationwide price-fixing conspiracy to eliminate happy hours and other drink specials. According to Uhr, the defendants' alleged acts gave rise to claims under the Sherman Act, 15 U.S.C. § 1, and the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c). The district court concluded that the second amended complaint failed to properly allege the existence of a conspiracy or any predicate acts of racketeering activity. Having carefully reviewed the record and the applicable legal principles, we find no error in the district court's disposition of this matter. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47(B).

_____

---

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.